MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

September 25, 2024

Honorable Robert M. Levy
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

      Re: *Abeth Hashimi, v. Si Hua Inc et al*
           *Civil Action No.:1:24-cv-01605-DLI-RML*
           *Joint Notice of Settlement*

Dear Honorable Magistrate Judge Levy,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's September 13, 2024 Order, and extending the Defendant's time to answer to 26, 2024. Paramount, the Parties jointly file this letter as a notice of the current case status, apprising the Court that the parties have just reached a Settlement in Principle and are in the process of preparing the requisite Settlement papers and agreements therewith.

    Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed within 45 days.

.

    Thank you for the Court's time and consideration.

                                                 Most Respectfully,

                                               BARDUCCI LAW FIRM
                                               PLLC

                                               Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only