# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is: (631) 247-4675
My Email Address is: Adam.Guttell@jacksonlewis.com

November 11, 2024

**VIA ECF**
Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Abeth Hashimi v. Si Hua Inc., et al.
             Case No. 1:24-cv-1605-DLI-RML

Dear Judge Irizarry:

      We represent defendant Pollos Ala Brasa Inc. ("PAB"), in the above-referenced action. We write jointly with Plaintiff, pursuant to Rule II(D) of Your Honor's Individual Rules, to respectfully request an extension of time from November 11, 2024, to December 2, 2024, for the parties to file a stipulation of dismissal of the claims against PAB. Plaintiff also requests an extension of time to voluntarily dismiss his claims as against defendant Si Hua Inc. on or before this same date.

      This is the parties' first request for this extension of the deadlines set forth in the Court's Order dated October 8, 2024. The reason for this request is that the parties require additional time to finalize the settlement of this matter, including executing the settlement agreement. Counsel remains available should Your Honor require additional information regarding this submission.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      *Adam G. Guttell*

      Adam G. Guttell

AGG/AAT
cc:    All counsel of record (via ECF)
4864-1264-9976, v. 1