UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:4-cv-01605-DLI-RML**

| | |
|---|---|
| **Abeth Hashimi**,<br>    Plaintiff,<br>vs.<br><br>**Si Hua Inc,** and<br>**Jason Chicken INC**,<br>    Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT SI HUA INC** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *without prejudice*, against Defendant **Si Hua Inc**.

Dated: December 2, 2024.

                                                      s/Maria Costanza Barducci
                                                    Maria-Costanza Barducci (Bar No. 5070487)
                                                        *Attorney for Plaintiff*
                                                    BARDUCCI LAW FIRM, PLLC
                                                   5 West 19th Street, 10th Floor
                                                   New York, New York 10011
                                                   (212) 433-2554
                                                   MC@BarducciLaw.com